UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHIRMAI TSEHAYE,<br>Petitioner,<br>v.<br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center,<br>Respondent. | Case No.: 26-cv-4400-CAB-MMP<br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |

Petitioner Ghirmai Tsehaye has filed a third petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").]

As a result of the first petition, the Court ordered Respondents to provide Petitioner a bond hearing. *Tsehaye v. Immigration and Customs Enforcement, et al.*, Case No. 3:26-cv-919-CAB-SBC, Doc. No. 13. Petitioner received a bond hearing on April 8, 2026; the Immigration Judge ("IJ") denied bond finding Petitioner was a flight risk. *Id.* at Doc. No. 15. Petitioner filed an Amended Petition to challenge the bond denial; the Court did not order a response to the Amended Petition because Petitioner had not yet appealed the bond denial to the Board of Immigration Appeals ("BIA") and received a decision. *Id.* at Doc. No. 18.

///

///

It does not appear that Petitioner has received a decision on appeal to the BIA for the denial of bond. Therefore, for the same reasons as the Amended Petition, the Court **DISMISSES** this Petition without ordering a response.

It is **SO ORDERED.**

Dated: August 12, 2026

Hon. Cathy Ann Bencivengo
United States District Judge